UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEADERSHIP CONFERENCE ON CIVIL RIGHTS,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **ALBERTO GONZALES, ATTORNEY GENERAL, et al.,** ) <br> ) <br> **Defendants.** ) <br> ) | Civil Action No. 04-1664 (RCL) |

## ORDER

Upon consideration of defendants' motion [16] for summary judgment and motion to stay proceedings pursuant to Open America v. Watergate Special Prosecution Force, 547 F.2d 605 (D.C. Cir. 1976), the opposition and reply thereto and after a review of the entire record, it is hereby

ORDERED that defendants' motion [16] for summary judgment and an Open America Stay is granted in part and denied in part, and it is further

ORDERED that plaintiff's motion [29] for partial summary judgment is granted in part and denied in part. It is further

ORDERED that defendants shall expedite processing plaintiff's FOIA requests and produce the requested records to plaintiffs as soon as practicable, but no later than September 28, 2006; and it is further

ORDERED that defendants have to and including October 28, 2006, to provide a Vaughn Index, supporting declaration and motion for summary judgment relating to the remaining FOIA

requests before the Court; and it is further

ORDERED that defendants shall disclose to plaintiffs the draft of the proposed <u>7th Edition of Federal Prosecution of Election Officials</u> and the names and work telephone extension numbers of paralegals of the Department of Justice that have been withheld; and it is further

ORDERED that defendants may withhold the information redacted from law enforcement records in the court records and filing previously processed; and it is further

ORDERED that plaintiff's motion [44] to Expedite Plaintiff's Motion for Expedited Consideration is found to be MOOT.

SO ORDERED

Signed by Royce C. Lamberth, United States District Judge, December 9, 2005.